JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA   **Category No.** II   **Investigating Agency** FBI
**City** Revere, Everett
**County** Suffolk, Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**
Defendant Name: Jaquan Barrows   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: Revere, MA
Birth date (Yr only): 1997   SSN (last 4#): 3455   Sex: M   Race: B   Nationality: _____
Defense Counsel if known: _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Lauren Maynard   Bar Number if applicable: 698742
Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____
Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☐ Yes ☑ No
☑ Warrant Requested   ☐ Regular Process   ☑ In Custody
Location Status: _____
Arrest Date: 4/4/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk Co. Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/9/2024   Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jaquan Barrows

### U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Robbery affecting commerce | 1-2 |
| Set 2 | 18 U.S.C. § 924(c) | Possession of a firearm during crime of violence | 3-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**